[Cite as *R & L Carriers v. Dayton Correctional Inst.*, 2010-Ohio-4587.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

R & L CARRIERS

    Plaintiff

    v.

DAYTON CORRECTIONAL INSTITUTION

    Defendant

    Case No. 2010-05862-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On April 14, 2010, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court or face dismissal of this case. A review of the docket reveals plaintiff entity has failed to comply with the court order. Therefore, plaintiff entity's case is DISMISSED without prejudice pursuant to Civ.R. 41. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

R & L Carriers
600 Gillam Road

Wilmington, Ohio  45177

DRB/laa
Filed 5/25/10
Sent to S.C. reporter 9/17/10